

# Michael P. Mills

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
911 JACKSON AVENUE, ROOM 335
OXFORD, MISSISSIPPI 38655-3622

JUDGE'S CHAMBERS

TELEPHONE (662) 234-1538
Email: jmills@msnd.uscourts.gov

July 22, 2004

Judge Mary M. Lisi
Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, DC 20544

Re: Calendar Year 2003 Filing
Michael P. Mills,
U.S. District Judge

Dear Judge Lisi,

I received your letter on July 20, requesting additional information in regard to Part VII, page 1, line 11 of the 2003 FDR. The property listed on line 11 of the 2003 report was the same property that was listed on line 13 of the 2002 report. I sold ½ interest in this property in 2003.

Please advise if I should provide more information or can be of any further assistance in these regards.

Sincerely yours,



U. S. District Judge

MPM/lpm

RECEIVED Jul 28 11 04 AM '04 FINANCIAL DISCLOSURE OFFICE

| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Mills, Michael P | 2. Court or Organization Northern District of Mississipi | 3. Date of Report 5/7/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge-Active | 5. ReportType (check appropriate type)  ○ Nomination,    Date  ○ Initial    ⊙ Annual    ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 911 Jackson Avenue, Room 137 Federal Building Oxford, Mississippi 38655 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Institute for Racial Reconciliation, University, MS |
| 2. | Director | Itawamba High School Foundation for Excellence |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/03 | MS Public Employees Pension Fund; pension upon 25 years |
| 2. | | MS State Legislative Retirement Plan; pension upon 25 years |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01/01/03 | Adjunct Law Professor | 20,000.00 |
| 2. | 01/01/03 | U.S. District Judge | |
| 3. | 01/01/03 | CPA | |

FINANCIAL DISCLOSURE OFFICE    2004 MAY 1 A 10:01    RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 4. | 01/01/03 | Allstate Life Insurance Annuity | 2,662.66 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mills, Michael P | 5/7/2004 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE    - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bancorp South | Unsecured Note | K |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 1

| Name of Person Reporting | Date of Report |
|---|---|
| Mills, Michael P | 5/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. JR Pounds-Stovall 3-11 Unit, Monroe Co., MS | A | Royalty | J | W | | | | | |
| 2. Pruet Production Co. Dobbs 29-12 Monroe Co., MS | A | Royalty | J | W | | | | | |
| 3. Pursue Energy Prod. Unit, Monroe Co., MS | A | Royalty | J | W | | | | | |
| 4. Hunt Oil Co., Cooperwood 27-7 #1 | A | Royalty | J | W | | | | | |
| 5. Microsoft Corp. Common Stock | | None | J | T | | | | | |
| 6. Yahoo, Inc., common stock | | None | J | T | | | | | |
| 7. Dell Computer, common stock | A | Dividend | J | T | | | | | |
| 8. Intel Corp., common stock | A | Dividend | J | T | | | | | |
| 9. Johnson and Johnson, common stock | A | Dividend | J | T | | | | | |
| 10. Disney, common stock | A | Dividend | J | T | | | | | |
| 11. 1/2 Interest in Property on Tombigbee River | F | None | M | R | Sold | 3/01 | L | F | Brad Chatham |
| 12. AOL | | None | J | T | Buy | 07/24 | J | | |
| 13. Delphi, common stock | A | Dividend | J | T | | | | | |
| 14. Nokia | B | None | J | T | Buy | 7/28 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mills, Michael P | 5/7/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS        (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mills, Michael P | 5/7/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature     Date _4 MAY 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544